# ALABAMA COURT OF CRIMINAL APPEALS



September 19, 2025

**CR-2025-0181**
Dewayne Lamar Walker v. State of Alabama (Appeal from Jefferson Circuit Court: CC-11-311.63, CC-11-312.63, and CC-11-313.63)

## NOTICE

You are hereby notified that on September 19, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk